440.   McCook *v.* Dublin & Southwestern Railroad Company.

Hill, C. J.  1. "It is the duty of passengers to supply themselves with tickets before getting on the trains."

2. Where a passenger, without fault of the railroad company, but solely because of his own lack of reasonable diligence, fails to buy a ticket, he is not entitled to transportation without paying the train rate; and if he refuses to pay such rate, the company can lawfully eject him. ⎫
3. The plaintiff's own testimony clearly shows that he had no cause of action, and that his case was utterly without merit. The nonsuit was properly granted.                    *Judgment affirmed.*

Action for damages, from city court of Dublin—Judge Clements presiding. March 7, 1907.

Submitted June 25,—Decided July 18, 1907.

*K. J. Hawkins,* for plaintiff.

*Peyton L. Wade, Daley & Bussey,* for defendant.